IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LYSHORN, et al.,

    Plaintiffs,

v.

J.P.MORGAN CHASE BANK, N.A., et al.,

    Defendants.
_____/

No. C 12-05490 JSW

**ORDER VACATING HEARING**

    Now before the Court for consideration are the motions to dismiss filed by defendants Aurora Loan Services LLC, JPMorgan Chase Bank, N.A., Ocwen Financial Corporation and Mortgage Electronic Registration Systems (collectively, "Defendants"). The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds these motions suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for February 22, 2013, and it takes these motions under submission. The Court shall issue a ruling in due course.

    **IT IS SO ORDERED.**

Dated: February 21, 2013

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

Case3:12-cv-05490-JSW Document33 Filed02/21/13 Page2 of 2