1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LYSHORN, et al.,

        Plaintiffs,                      No. C 12-05490 JSW

   v.

J.P.MORGAN CHASE BANK, N.A., et al.,     **ORDER VACATING HEARING**

        Defendants.

_____/

     Now before the Court for consideration are the motions to dismiss filed by defendants Aurora Loan Services LLC, JPMorgan Chase Bank, N.A., Ocwen Financial Corporation and Mortgage Electronic Registration Systems (collectively, "Defendants"). The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds these motions suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for February 22, 2013, and it takes these motions under submission. The Court shall issue a ruling in due course.

     **IT IS SO ORDERED.**

Dated: February 21, 2013

                               JEFFREY S. WHITE
                               UNITED STATES DISTRICT JUDGE