◎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Lyshorn, et al.
              Plaintiff (s),
V.
J.P. Morgan Chase Bank, N.A., et al.
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-05490-JSW

Notice is hereby given that, subject to approval by the court, __Robert Lyshorn & Andrea Lyshorn__ substitutes
(Party (s) Name)

__Jamil L. White__, State Bar No. __244028__ as counsel of record in
(Name of New Attorney)

place of __Vernon L. Bradley__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Louis J White PC
Address: 1851 Heritage Lane, Suite 148, Sacramento, CA 95815
Telephone: (877) 992-5291      Facsimile: (916) 274-4631
E-Mail (Optional):

I consent to the above substitution.
Date: 6/25/13
              ANDREA LYSHORN
              (Signature of Party (s))

I consent to being substituted.
Date: 6/26/13
              (Signature of Former Attorney (s))
              VERNON L. BRADLEY

I consent to the above substitution.
Date: 6/26/13
              (Signature of New Attorney)
              JAMIL L. WHITE

The substitution of attorney is hereby approved and so ORDERED.

Date: June 28, 2013
              Jeffrey S. White
              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]