AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Lyshorn, et al.
             Plaintiff (s),
V.
J.P. Morgan Chase Bank, N.A., et al.
             Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 3:12-cv-05490-JSW

Notice is hereby given that, subject to approval by the court, __Robert Lyshorn & Andrea Lyshorn__ substitutes
                                                                                                     (Party (s) Name)

__Jamil L. White__, State Bar No. __244028__ as counsel of record in
(Name of New Attorney)

place of __Vernon L. Bradley__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:       Louis | White PC
    Address:          1851 Heritage Lane, Suite 148, Sacramento, CA 95815
    Telephone:      (877) 992-5291          Facsimile  (916) 274-4631
    E-Mail (Optional):

I consent to the above substitution.
Date:   6/25/13
                                                       ANDREA LYSHORN
                                                       (Signature of Party (s))

I consent to being substituted.
Date:   6/26/13
                                                         (Signature of Former Attorney (s))
                                                      VERNON L. BRADLEY

I consent to the above substitution.
Date:   6/26/13
                                                       (Signature of New Attorney)
                                                      JAMIL L. WHITE

The substitution of attorney is hereby approved and so ORDERED.

Date:   June 28, 2013
                                                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]