AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Lyshorn, et al,
　　　　　　　　Plaintiff(s),

v.

J.P. Morgan Chase Bank, N.A., et al.
　　　　　　　　Defendant(s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 3:12-cv-05490-JSW

Notice is hereby given that, subject to approval by the court, **Robert Lyshorn & Andrea Lyshorn** substitutes
(Party (s) Name)

**Jamil L. White**, State Bar No. **244028** as counsel of record in
(Name of New Attorney)

place of **Vernon L. Bradley**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:　　Louis | White PC
Address:　　　1851 Heritage Lane, Suite 148, Sacramento, CA 95815
Telephone:　　(877) 992-6291　　　　Facsimile (916) 274-4631
E-Mail (Optional):

I consent to the above substitution.
Date: 6/25/13
　　　　　　　　　　　　　(Signature of Party (s))  *Robert Lyshorn*

I consent to being substituted.
Date: 6/26/13
　　　　　　　　　　　　　(Signature of Former Attorney (s))  VERNON BRADLEY

I consent to the above substitution.
Date: 6/26/13
　　　　　　　　　　　　　(Signature of New Attorney)  JAMIL L. WHITE

The substitution of attorney is hereby approved and so ORDERED.

Date: June 28, 2013
　　　　　　　　　　　　　*Jeffrey S. White*
　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]