AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Lyshorn, et al.,

                      Plaintiff (s),

      V.

J.P. Morgan Chase Bank, N.A., et al.

                      Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 3:12-cv-06490-JSW

Notice is hereby given that, subject to approval by the court, **Robert Lyshorn & Andrea Lyshorn** substitutes
(Party (s) Name)

**Jamil L. White**, State Bar No. **244028** as counsel of record in
(Name of New Attorney)

place of **Vernon L. Bradley**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Louis | White PC

    Address:       1851 Heritage Lane, Suite 148, Sacramento, CA 95815

    Telephone:    (877) 992-6291                  Facsimile (916) 274-4631

    E-Mail (Optional):

I consent to the above substitution.

Date: 6/25/13

                                              Robert Lyshorn
                                              (Signature of Party (s))

I consent to being substituted.

Date: 6/26/13

                                              (Signature of Former Attorney (s))
                                            VERNON BRADLEY

I consent to the above substitution.

Date: 6/26/13

                                              (Signature of New Attorney)
                                            JAMIL L. WHITE

The substitution of attorney is hereby approved and so ORDERED.

Date: June 28, 2013

                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]