Jamil L. White (SBN: 244028)
Michael D. Maloney (SBN: 208297)
Darren S. Nakashima (SBN: 252121)
LOUIS | WHITE
1851 Heritage Lane, Suite 148
Sacramento, CA 95815
Telephone: (877) 992-5291
Facsimile: (916) 274-4631

Attorneys for Plaintiff
ROBERT LYSHORN and ANDREA LYSHORN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LYSHORN and ANDREA LYSHORN, individuals;<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN CHASE BANK, N.A.; AURORA LOAN SERVICES; LEHMAN BROTHERS HOLDINGS, INC.; BNC MORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a Delaware corporation; STRUCTURED ASSETS SECURITY CORPORATION; OCWEN FINANCIAL CORPORATION, a Delaware corporation; and DOES 1-50 inclusive, and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto, named as DOES 51-100, inclusive,<br><br>Defendants. | CASE NO.: C 12-05490 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. WITHOUT PREJUDICE** |

Plaintiffs ROBERT LYSHORN and ANDREA LYSHORN ("Plaintiffs"), by and through their counsel of record and Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., by and through its counsel of record, hereby stipulate and agree as follows:

1

## RECITALS

1. WHEREAS Plaintiffs filed their initial Complaint on October 24, 2012 naming, among others, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as a defendant.

2. WHEREAS on March 4, 2013, this Court granted Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'s Motions to Dismiss with leave to amend as to Plaintiffs' initial Complaint.

3. WHEREAS Plaintiffs filed their First Amended Complaint on March 22, 2013 naming, among others, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.as a defendant.

4. WHEREAS on June 11, 2013, this Court granted Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'s Motions to Dismiss Plaintiffs' First Amended Complaint with leave to file an amended complaint by July 1, 2013.

5. WHEREAS on July 1, 2013, Plaintiffs filed their Second Amended Complaint, but did not name MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as a defendant.

6. WHEREAS the parties stipulate and agree to dismiss Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. without prejudice.

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiffs and Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., that:

1. Plaintiffs dismiss Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. from this action without prejudice.

2. Each party is to bear their own fees and costs.

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE

1
2  IT IS SO STIPULATED
3
4  DATED: July 24, 2013

Jeffrey S. Allison (SBN: 173620)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, CO 92618
Attorney for Defendant
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

9
10  DATED: July 24, 2013

Darren S. Nakashima (SBN: 252121)
LOUIS | WHITE
1851 Heritage Lane, Suite 148
Sacramento, CA 95815
Attorney for Plaintiffs
ROBERT LYSHORN and ANDREA
LYSHORN

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: July 26, 2013

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE