1   Jamil L. White (SBN: 244028)
    Michael D. Maloney (SBN: 208297)
2   Darren S. Nakashima (SBN: 252121)
    LOUIS | WHITE
3   1851 Heritage Lane, Suite 148
    Sacramento, CA 95815
4   Telephone:    (877) 992-5291
    Facsimile:    (916) 274-4631
5
    Attorneys for Plaintiff
6   ROBERT LYSHORN and ANDREA LYSHORN

7                 UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10  ROBERT LYSHORN and ANDREA          CASE NO.:  C 12-05490 JSW
11  LYSHORN, individuals;
                                       **STIPULATION AND [PROPOSED]**
12            Plaintiffs,              **ORDER TO DISMISS DEFENDANT**
                                       **MORTGAGE ELECTRONIC**
13  vs.                                **REGISTRATION SYSTEMS, INC.**
                                       **WITHOUT PREJUDICE**
14  J.P. MORGAN CHASE BANK, N.A.;
15  AURORA LOAN SERVICES; LEHMAN
    BROTHERS HOLDINGS, INC.; BNC
16  MORTGAGE, INC.; MORTGAGE
    ELECTRONIC REGISTRATION SYSTEMS,
17  a Delaware corporation; STRUCTURED
    ASSETS SECURITY CORPORATION;
18  OCWEN FINANCIAL CORPORATION, a
    Delaware corporation; and DOES 1-50
19  inclusive, and all persons unknown, claiming
    any legal or equitable right, title, estate, lien, or
20  interest in the property described in the
    complaint adverse to Plaintiffs' title, or any
21  cloud on Plaintiffs' title thereto, named as
    DOES 51-100, inclusive,
22
              Defendants.
23

24        Plaintiffs ROBERT LYSHORN and ANDREA LYSHORN ("Plaintiffs"), by and through

25  their counsel of record and Defendant MORTGAGE ELECTRONIC REGISTRATION

26  SYSTEMS, INC., by and through its counsel of record, hereby stipulate and agree as follows:

27

28
                                        1

**RECITALS**

1.      WHEREAS Plaintiffs filed their initial Complaint on October 24, 2012 naming, among others, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as a defendant.

2.      WHEREAS on March 4, 2013, this Court granted Defendant MORTGAGE ELECTRONIC REGISTRATION REGISTRATION SYSTEMS, INC.'s Motions to Dismiss with leave to amend as to Plaintiffs' initial Complaint.

3.      WHEREAS Plaintiffs filed their First Amended Complaint on March 22, 2013 naming, among others, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.as a defendant.

4.      WHEREAS on June 11, 2013, this Court granted Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'s Motions to Dismiss Plaintiffs' First Amended Complaint with leave to file an amended complaint by July 1, 2013.

5.      WHEREAS on July 1, 2013, Plaintiffs filed their Second Amended Complaint, but did not name MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as a defendant.

6.      WHEREAS the parties stipulate and agree to dismiss Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. without prejudice.

**STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiffs and Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., that:

1.      Plaintiffs dismiss Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. from this action without prejudice.

2.      Each party is to bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1

2   IT IS SO STIPULATED

3
    DATED: July 24, 2013
4
                                            Jeffrey S. Allison (SBN: 173620)
5                                           HOUSER & ALLISON
                                            A Professional Corporation
6                                           9970 Research Drive
                                            Irvine, CO 92618
7                                           Attorney for Defendant
                                            MORTGAGE ELECTRONIC
8                                           REGISTRATION SYSTEMS, INC.

9
    DATED: July 24, 2013
10
                                            Darren S. Nakashima (SBN: 252121)
11                                          LOUIS | WHITE
                                            1851 Heritage Lane, Suite 148
12                                          Sacramento, CA 95815
                                            Attorney for Plaintiffs
13                                          ROBERT LYSHORN and ANDREA
                                            LYSHORN
14

15

16

17                          **ORDER**

18      PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

19
    DATED:  July 26, 2013
20
                                            THE HONORABLE JEFFREY S. WHITE
21                                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

                                3