1  Jamil L. White (SBN: 244028)
   Michael D. Maloney (SBN: 208297)
2  Darren S. Nakashima (SBN: 252121)
   LOUIS | WHITE
3  1851 Heritage Lane, Suite 148
   Sacramento, CA 95815
4  Telephone:  (877) 992-5291
   Facsimile:   (916) 274-4631
5
   Attorneys for Plaintiff
6  ROBERT LYSHORN and ANDREA LYSHORN

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10 
11 ROBERT LYSHORN and ANDREA         CASE NO.:  C 12-05490 JSW
   LYSHORN, individuals;
12                                   STIPULATION AND [PROPOSED]
          Plaintiffs,                ORDER TO DISMISS DEFENDANT
13 vs.                               OCWEN FINANCIAL CORPORATION
                                     WITH PREJUDICE
14 J.P. MORGAN CHASE BANK, N.A.;     AND VACATING NOVEMBER 8 HEARING ON
   AURORA LOAN SERVICES; LEHMAN      DOCKET NO. 55
15 BROTHERS HOLDINGS, INC.; BNC
   MORTGAGE, INC.; MORTGAGE
16 ELECTRONIC REGISTRATION SYSTEMS,
   a Delaware corporation; STRUCTURED
17 ASSETS SECURITY CORPORATION;
   OCWEN FINANCIAL CORPORATION, a
18 Delaware corporation; and DOES 1-50
   inclusive, and all persons unknown, claiming
19 any legal or equitable right, title, estate, lien, or
   interest in the property described in the
20 complaint adverse to Plaintiffs' title, or any
   cloud on Plaintiffs' title thereto, named as
21 DOES 51-100, inclusive,

22        Defendants.
23

24     Plaintiffs ROBERT LYSHORN and ANDREA LYSHORN ("Plaintiffs"), by and through
25 their counsel of record and Defendant OCWEN FINANCIAL CORPORATION, by and through
26 its counsel of record, hereby stipulate and agree as follows:
27
28
                                    1

## RECITALS

1. WHEREAS Plaintiffs filed their initial Complaint on October 24, 2012 naming, among others, OCWEN FINANCIAL CORPORATION as a defendant.

2. WHEREAS on March 4, 2013, this Court granted Defendant OCWEN FINANCIAL CORPORATION's Motions to Dismiss with leave to amend as to Plaintiffs' initial Complaint.

3. WHEREAS Plaintiffs filed their First Amended Complaint on March 22, 2013 naming, among others, OCWEN FINANCIAL CORPORATION.as a defendant.

4. WHEREAS on June 11, 2013, this Court granted Defendant OCWEN FINANCIAL CORPORATION's Motions to Dismiss Plaintiffs' First Amended Complaint with leave to file an amended complaint by July 1, 2013.

5. WHEREAS on July 1, 2013, Plaintiffs filed their Second Amended Complaint, naming, among others, OCWEN FINANCIAL CORPORATION. as a defendant.

6. WHEREAS the parties stipulate and agree to dismiss Defendants OCWEN FINANCIAL CORPORATION with prejudice.

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiffs and Defendant OCWEN FINANCIAL CORPORATION, that:

1. Plaintiffs dismiss Defendant OCWEN FINANCIAL CORPORATION from this action with prejudice.

2. Each party is to bear their own fees and costs.

///
///
///
///
///

STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS WITH PREJUDICE

IT IS SO STIPULATED

DATED: July 25, 2013

Jeffrey S. Allison (SBN: 173620)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, CO 92618
Attorney for Defendant
OCWEN FINANCIAL CORPORATION

DATED: July 26, 2013

Darren S. Nakashima (SBN: 252121)
LOUIS | WHITE
1851 Heritage Lane, Suite 148
Sacramento, CA 95815
Attorney for Plaintiffs
ROBERT LYSHORN and ANDREA LYSHORN

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
In light of this stipulation, the Court TERMINATES Docket No. 55 as moot and vacates the November 8, 2013 hearing date on that motion.
DATED: July 26, 2013

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

3

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE