Jamil L. White (SBN: 244028)
Michael D. Maloney (SBN: 208297)
Darren S. Nakashima (SBN: 252121)
LOUIS | WHITE
1851 Heritage Lane, Suite 148
Sacramento, CA 95815
Telephone: (877) 992-5291
Facsimile: (916) 274-4631

Attorneys for Plaintiff
ROBERT LYSHORN and ANDREA LYSHORN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LYSHORN and ANDREA LYSHORN, individuals;<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN CHASE BANK, N.A.; AURORA LOAN SERVICES; LEHMAN BROTHERS HOLDINGS, INC.; BNC MORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a Delaware corporation; STRUCTURED ASSETS SECURITY CORPORATION; OCWEN FINANCIAL CORPORATION, a Delaware corporation; and DOES 1-50 inclusive, and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto, named as DOES 51-100, inclusive,<br><br>Defendants. | CASE NO.: C 12-05490 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT OCWEN FINANCIAL CORPORATION WITH PREJUDICE**<br><br>AND VACATING NOVEMBER 8 HEARING ON DOCKET NO. 55 |

Plaintiffs ROBERT LYSHORN and ANDREA LYSHORN ("Plaintiffs"), by and through their counsel of record and Defendant OCWEN FINANCIAL CORPORATION, by and through its counsel of record, hereby stipulate and agree as follows:

1

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE

## RECITALS

1. WHEREAS Plaintiffs filed their initial Complaint on October 24, 2012 naming, among others, OCWEN FINANCIAL CORPORATION as a defendant.

2. WHEREAS on March 4, 2013, this Court granted Defendant OCWEN FINANCIAL CORPORATION's Motions to Dismiss with leave to amend as to Plaintiffs' initial Complaint.

3. WHEREAS Plaintiffs filed their First Amended Complaint on March 22, 2013 naming, among others, OCWEN FINANCIAL CORPORATION.as a defendant.

4. WHEREAS on June 11, 2013, this Court granted Defendant OCWEN FINANCIAL CORPORATION's Motions to Dismiss Plaintiffs' First Amended Complaint with leave to file an amended complaint by July 1, 2013.

5. WHEREAS on July 1, 2013, Plaintiffs filed their Second Amended Complaint, naming, among others, OCWEN FINANCIAL CORPORATION. as a defendant.

6. WHEREAS the parties stipulate and agree to dismiss Defendants OCWEN FINANCIAL CORPORATION with prejudice.

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiffs and Defendant OCWEN FINANCIAL CORPORATION, that:

1. Plaintiffs dismiss Defendant OCWEN FINANCIAL CORPORATION from this action with prejudice.

2. Each party is to bear their own fees and costs.

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

1
2   IT IS SO STIPULATED
3
4   DATED: July 25, 2013

Jeffrey S. Allison (SBN: 173620)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, CO 92618
Attorney for Defendant
OCWEN FINANCIAL CORPORATION

9   DATED: July 26, 2013

Darren S. Nakashima (SBN: 252121)
LOUIS | WHITE
1851 Heritage Lane, Suite 148
Sacramento, CA 95815
Attorney for Plaintiffs
ROBERT LYSHORN and ANDREA
LYSHORN

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
In light of this stipulation, the Court TERMINATES Docket No. 55 as moot and vacates the November 8, 2013 hearing date on that motion.
DATED: July 26, 2013

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE