IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LYSHORN, et al., | |
| Plaintiffs, | No. C 12-05490 JSW |
| v. | |
| J.P.MORGAN CHASE BANK, N.A., et al., | **ORDER OF DISMISSAL** |
| Defendants. | |

On November 1, 2013, this Court issued an order dismissing Plaintiffs' complaint and providing Plaintiffs with leave to amend by November 15, 2013. The Court admonished Plaintiffs that if they failed to file an amended complaint by November 15, 2013, this action would be dismissed with prejudice. Plaintiffs failed to file an amended complaint by this deadline. Accordingly, the Court HEREBY DISMISSES Plaintiffs' complaint with prejudice. A separate judgment shall issue and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: December 5, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE